UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STATE NATIONAL INSURANCE COMPANY,

Plaintiff,

*– against –*

SCOTTSDALE INSURANCE COMPANY *and* JAMES RIVER INSURANCE COMPANY,

Defendants.

**ORDER**

25-cv-03506 (ER)

RAMOS, D.J.:

State National Insurance Company ("SNIC") filed this action against Scottsdale Insurance Company ("Scottsdale") and James River Insurance Company on April 28, 2025. Doc. 1. Since then, the parties have filed two motions that are currently pending before the Court: Scottsdale's motion to partially dismiss this action, Doc. 25, and SNIC's motion for partial summary judgment, Doc. 26. However, on July 31, 2026, the parties requested a 60-day extension of their deadline to complete fact discovery, because they "have been engaging in settlement discussions intended to resolve this action."[1] Doc. 35. In light of this representation, Scottsdale's motion to dismiss, Doc. 25, and SNIC's motion for summary judgment, Doc. 26, are placed off-calendar, subject to renewal by letter motion at the conclusion of the parties' settlement discussions.

[1] The Court granted this request on August 3, 2026. Doc. 36.

The Clerk of the Court is respectfully directed to terminate the motions, Docs. 25, 26.

It is SO ORDERED.

Dated: August 4, 2026
New York, New York

EDGARDO RAMOS, U.S.D.J.